IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KAYLA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 CV 04622 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Gottshcall |
| CREIGHTON UNIVERSITY and | ) | |
| DEBA SARMA, M.D., | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Kayla Johnson, by and through her counsel, Rapoport Law Office, P.C., and Defendants, Creighton University and Deba Sarma, M.D., by and through their counsel, Swanson Martin & Bell, LLP, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, further orders as follows:

All of the claims of Plaintiff, Kayla Johnson, against Defendants, Creighton University and Deba Sarma, M.D., are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Judge Joan B. Gottschall
United States District Judge
DATED: 8/19/16

Susan Sullivan
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100/Fax: (312) 321-0990
Atty. No. 06238201
Email: ssullivan@smbtrials.com